No. 1066. CITIZENS TO PRESERVE OVERTON PARK, INC., ET AL. *v.* VOLPE, SECRETARY OF TRANSPORTATION, ET AL. C. A. 6th Cir. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, granted pending issuance of judgment of this Court. Treating the application for stay and briefs in opposition as a petition for writ of certiorari and opposition thereto, certiorari granted and case set for oral argument on Monday, January 11, 1971. Briefs for petitioners shall be filed by December 21, 1970, and briefs for respondents shall be filed by January 4, 1971. Briefs may be typewritten if counsel are unable to file printed briefs by these dates. Motions of Committee of 100 on the Federal City, Inc., and City of Memphis et al. for leave to file briefs as *amici curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these matters.

No. ——. SAN ANTONIO CONSERVATION SOCIETY ET AL. *v.* TEXAS HIGHWAY DEPARTMENT ET AL. C. A. 5th Cir. Application for stay presented to MR. JUSTICE BLACK, and by him referred to the Court, granted provided petition for writ of certiorari, before judgment, is filed in this Court by December 14, 1970. Briefs opposing such petition shall be filed by December 17, 1970. Both the petition for writ of certiorari and briefs in opposition may be submitted in typewritten form.

No. 89. LEMON ET AL. *v.* KURTZMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA, ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 397 U. S. 1034.] Motions of appellees schools and Pennsylvania Association of Independent Schools for additional time for oral argument denied.